AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the Middle     District of     Alabama, Eastern Division

Cargo Transporters Company, on behalf of Robert Winstead

V.

Donaldson Company, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06 CV 348 - VPM

TO: (Name and address of Defendant)

Donaldson Company, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204, Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McNeal & Douglas, Attorneys at Law, L.L.C.,
James B. Douglas, Jr.
Post Office Box 1423
Auburn, AL 36831-1423

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett        4/21/06

CLERK        DATE

(By) DEPUTY CLERK