| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ~~P. Smith~~  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  1/26/Y |
| 1. Article Addressed to:<br>~~The Donaldson Co~~<br>The Corporation Company<br>2000 Interstate Pk Dr<br>Ste 201<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>3:06cv348-VmP<br>Svc |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0002 8753 9327 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |