IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CARGO TRANSPORTERS COMPANY, on behalf of Robert Winstead,** ) ) ) ) | |
| **PLAINTIFF,** ) ) | |
| VS. ) ) | CASE NO. 3:06 CV 348 VPM |
| **DONALDSON COMPANY, INC.,** ) ) | |
| **DEFENDANT.** ) | |

## ANSWER

Comes now the Defendant, Donaldson Company, Inc., and in answer to the Plaintiff's Complaint, states as follows:

1. Denied.

2. The Defendant has insufficient information to admit or deny this allegation, thus, it is denied.

3. Admitted.

4. It is admitted that Mr. Winstead was involved in an accident on June 15, 2004, involving a forklift being driven by an employee of this Defendant.

5. Admitted.

1

6. The Defendant has insufficient information to admit or deny this allegation, thus, it is deemed denied.

7. The Defendant has insufficient information to admit or deny this allegation, thus, it is deemed denied.

8. The Defendant has insufficient information to admit or deny this allegation, thus, it is deemed denied.

9. The Defendant has insufficient information to admit or deny this allegation, thus, it is deemed denied.

10. Denied.

11. No responsive pleading is required.

12. Denied.

13. It is admitted that he should operate in a reasonably safe manner.

14. Denied.

15. Denied.

16. No responsive pleading required.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

## FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

The Defendant contests jurisdiction.

## THIRD DEFENSE

The Defendant contests subject matter jurisdiction.

## FOURTH DEFENSE

The Defendant contests capacity and standing of the Plaintiff.

## FIFTH DEFENSE

The Plaintiff's claims are barred by the applicable statute of limitations.

## SIXTH DEFENSE

The Defendant pleads the applicable provisions of the Worker's Compensation Act of the State of North Carolina.

## SEVENTH DEFENSE

The Defendant pleads contributory negligence as a defense and bar to this action,

## EIGHTH DEFENSE

The Defendant pleads assumption of risk as a defense and bar to this action.

## NINTH DEFENSE

The Defendant contests damages and demands strict proof thereof.

## TENTH DEFENSE

The Plaintiff's claim for punitive damages fails to state a claim.

## ELEVENTH DEFENSE

The Defendant reserves the right to amend this Answer following investigation and discovery.

                                        s/ M. Keith Gann
Attorney for Defendant
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
mkg@hfsllp.com
dm@hfsllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the above and foregoing **ANSWER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
Post Office Box 1423
Auburn, Alabama 36831

on this **10th** day of **May, 2006.**

                                              s/ M. Keith Gann
                                              Of Counsel