**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 31, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Cargo Transporters Company etc v. Donaldson Company, Inc.
Civil Action No. 3:06-cv-00348-VPM

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 3:06cv00348-(MEF).   This new case number should be used on all future correspondence and pleadings in this action.