IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CARGO TRANSPORTERS COMPANY, )
On behalf of ROBERT WINSTEAD, )
                              )
        PLAINTIFF,            )
                              )
v.                            )    CASE NO. 3:06-cv-348-MEF
                              )
                              )
DONALDSON COMPANY, INC.,      )
                              )
        DEFENDANT.            )

## REPORT OF PARTIES' PLANNING MEETING

1. Appearances

   Pursuant to Fed. R. Civ. P. 26 (f), a meeting was held on 6/22/06 and was attended by:

   a. Appearing on behalf of Plaintiff:

      James B. Douglas, Jr.
      McNeal & Douglas, L.L.C.
      1710 Catherine Court, Suite B
      Auburn, Alabama 36830
      (334) 821-1596

   b. Appearing on behalf of Defendants Donaldson Company, Inc.:

      M. Keith Gann
      Huie, Fernambucq & Stewart, LLP
      Protective Center Building 3, Suite 200
      2801 Highway 280 South
      Birmingham, Alabama 35223
      (205) 251-1193

2. Pre-Trial Disclosures

The parties will exchange by July 20, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. <u>Discovery Plan.</u>

The Parties jointly propose to the Court the following discovery plan:

a. Discovery will be needed on the following subjects: All matters, not privileged, addressed in the parties' pleadings, including the Plaintiff's allegations and the Defendants' defenses, causation and damages.

c. All discovery commenced in time to be completed by February 15, 2007.

d. Maximum of 25 interrogatories by each party to another party. Responses due 30 days after service.

e. Maximum of 15 request for admission by each party to any other party. Responses due 30 days after service.

f. Maximum of 40 requests for production of documents. Responses due 30 days after service.

g. Each deposition, other than a party, limited to maximum of four hours unless extended by agreement of parties.

h. Reports from retained experts under Rule 26(a)(2) due:

(i) From Plaintiff by September 15, 2006.

(ii) From Defendants by November 15, 2006.

i. Supplementations under Rule 26 are due 30 days before the close of discovery or as soon as reasonably practical after the information or documents are discovered.

4 <u>Other Items.</u>

a.  The parties do not request a conference with the Court before entry of the scheduling order.

b.  The parties request a Pre-Trial Conference in May, 2007.

c.  The Plaintiff should be allowed until October 1, 2006, to join additional parties and until October 1, 2006 to amend the Pleadings.

d.  The Defendants should be allowed until December 1, 2006, to join additional parties and until December 1, 2006, to amend Pleadings.

e.  All potentially dispositive Motions should be filed no later than 90 days prior to the Pre-Trial Hearing.

f.  Settlement cannot be evaluated prior to November, 2006.

g.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be served and filed 21 days prior to Trial.

h.  Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

i.  This case should be ready for Trial 30 days after Pre-Trial Conference and at this time is expected to take approximately 3 days.

Submitted this 23rd day of June, 2006.

ATTORNEY FOR PLAINTIFF
CARGO TRANSPORTERS

_____
James B. Douglas, Jr.
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
(334) 821-1596

ATTORNEY FOR DEFENDANT
DONALDSON COMPANY, INC.

_____
M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223