IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS ) | |
| COMPANY, on behalf of ) | |
| Robert Winstead, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO. 3:06 CV 348 VPM |
| ) | |
| DONALDSON COMPANY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

**DEFENDANT'S INITIAL DISCLOSURES**
_____

Comes now the Defendant, Donaldson Company, Inc., and provides the following Initial Disclosures:

    A.    Jay Harris
            Donaldson Company, Inc.
            216 Enterprise Drive
            Auburn, Alabama

            Jason Helms
            Donaldson Company, Inc.
            216 Enterprise Drive
            Auburn, Alabama

    Norma Moore
    Donaldson Company, Inc.
    216 Enterprise Drive
    Auburn, Alabama

    Torie Ellis
    Donaldson Company, Inc.
    216 Enterprise Drive
    Auburn, Alabama

    Sheila Vargason
    Donaldson Company, Inc.
    216 Enterprise Drive
    Auburn, Alabama

B.    Photographs of the leased warehouse and forklift.

C.    Not applicable.

D.    Discover Property and Casualty Insurance Company
    Policy limits - $1,000,000.00 (there are also umbrella policies)

    s/ M. Keith Gann
    Attorney for Defendant
    HUIE, FERNAMBUCQ & STEWART, LLP
    Protective Center Building 3, Suite 200
    2801 Highway 280 South
    Birmingham, Alabama 35223
    Telephone: (205) 251-1193
    Facsimile: (205) 251-1256
    mkg@hfsllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the above and foregoing **INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
Post Office Box 1423
Auburn, Alabama 36831

on this **20th** day of **July, 2006.**

                                                    s/ M. Keith Gann
                                                  Of Counsel