IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS ) | |
| COMPANY, on behalf of ) | |
| Robert Winstead, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO. 3:06 CV 348 WKW |
| ) | |
| DONALDSON COMPANY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

**DEFENDANT'S INITIAL DISCLOSURES**
_____

Comes now the Defendant, Donaldson Company, Inc., and provides the following Initial Disclosures:

    A.    Jay Harris
           Donaldson Company, Inc.
           216 Enterprise Drive
           Auburn, Alabama

           Jason Helms
           Donaldson Company, Inc.
           216 Enterprise Drive
           Auburn, Alabama

Norma Moore
Donaldson Company, Inc.
216 Enterprise Drive
Auburn, Alabama

Torie Ellis
Donaldson Company, Inc.
216 Enterprise Drive
Auburn, Alabama

Sheila Vargason
Donaldson Company, Inc.
216 Enterprise Drive
Auburn, Alabama

B.  Photographs of the leased warehouse and forklift.

C.  Not applicable.

D.  Discover Property and Casualty Insurance Company
    Policy limits - $1,000,000.00 (there are also umbrella policies)

                                s/ M. Keith Gann
Attorney for Defendant
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Facsimile:  (205) 251-1256
mkg@hfsllp.com

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the above and foregoing **INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
Post Office Box 1423
Auburn, Alabama 36831

on this **27th** day of **July, 2006.**

                s/ M. Keith Gann
                Of Counsel