IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS ) | |
| COMPANY, on behalf of ) | |
| Robert Winstead, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO. 3:06 CV 348 VPM |
| ) | |
| DONALDSON COMPANY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## MOTION TO COMPEL

Comes now the Defendant, Donaldson Company, Inc., and moves this Court for an Order compelling the Plaintiff to respond to outstanding Interrogatories and Request for Production and as grounds for this Motion shows unto the Court as follows:

1. On June 20, 2006, the Defendant propounded Interrogatories to the Plaintiff and Request for Production to the Plaintiff, copies of which are attached hereto as Exhibits A and B respectively.

2. On August 10, 2006, the undersigned attorney for Defendant wrote the

1

Plaintiff's counsel requesting that Plaintiff respond to the outstanding Interrogatories and Request for Production. (Exhibit C)

3. To date, the Plaintiff has failed to respond to the outstanding discovery.

WHEREFORE, the Defendant moves this Court for an Order compelling the Plaintiff to respond in full to the outstanding Interrogatories and Request for Production.

**ORAL ARGUMENT IS NOT REQUESTED**

<u>s/ M. Keith Gann</u>
Attorney for Defendant
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
mkg@hfsllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above and foregoing **MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
Post Office Box 1423
Auburn, Alabama 36831

on this **8TH** day of **September, 2006.**

                                                   s/ M. Keith Gann
                                                   Of Counsel