IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS COMPANY, on behalf of Robert Winstead, <br><br> PLAINTIFF, <br><br> VS. <br><br> DONALDSON COMPANY, INC., <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 3:06 CV 348 VPM |

## INTERROGATORIES TO THE PLAINTIFF

Comes now the Defendant, Donaldson Company, Inc., and propounds the following Interrogatories to the Plaintiff:

1. In your Complaint you allege that the employee of this Defendant is guilty of negligence in the operation of the forklift. With regard to this allegation, provide the following information:

   a. State each and every fact upon which you rely to support your allegation that this Defendant was guilty of negligence;

   b. State the name, address and telephone number of each and every person who has knowledge of any facts to support your claim of negligence.

1

2. In your Complaint you allege that the employee of this Defendant is guilty of wantonness in the operation of the forklift. With regard to this allegation, provide the following information:

    a. State each and every fact upon which you rely to support your allegation that this Defendant was guilty of wantonness;

    b. State the name, address and telephone number of each and every person who has knowledge of any facts to support your claim of wantonness.

3. Provide a complete and <u>itemized</u> breakdown of all worker's compensation benefits you have paid to or on behalf of Mr. Winstead.

4. State the name, address and telephone number of each entity which has administered the worker's compensation claim of Mr. Winstead.

5. State the name, address and telephone number and employer of the person or persons primarily involved in the administration of Mr. Winstead's claim for worker's compensation benefits.

6. Has Mr. Winstead been the subject of surveillance with regard to his worker's compensation claim? If so, provide the following information:

    a. State the name and address of the person, firm or corporation who undertook to have surveillance performed;

    b.    State the name, address, telephone number and employer of all persons who have actually performed surveillance of Mr. Winstead.

7. State specifically and in exact detail all training that was provided to Mr. Winstead related to safety procedures that he should undertake while out of the truck and on premises of customers or third parties to whom deliveries are being made.

8. State specifically and in exact detail all training provided to Mr. Winstead concerning his safety obligation while on the premises of customers.

9. State specifically and in detail all injuries to Mr. Winstead which are the subject of the workers' compensation claim. With regard to each such injury, provide the following information:

    a.    The name and address of the medical provider primarily involved in the treatment for such injuries;

    b.    The outcome of treatment and long term prognosis for each such injury;

    c.    Whether said injury has resulted in a permanent impairment, and if so, the amount of such impairment.

10. Did you file with the Industrial Commission a written admission of liability for the benefits provided for by the North Carolina Worker's Compensation

Act? If so, attach a copy of said admission to these Interrogatory responses.

11. Has any insurance company or third party paid any benefits to Mr. Winstead or reimbursed you for any payments related to the worker's compensation claim? If so, provide the name and address of each such entity, along with the amount paid by each.

12. State the name, address and telephone number of each and every person who has knowledge to support any of the allegations in the Plaintiff's Complaint.

13. State the name, address and title of each person who provided information to respond to these Interrogatories.

14. Identify by specific description all files, documents and records which were reviewed in order to provide information to respond to these Interrogatories.

15. Give a list of Mr. Winstead's previous employers as shown in your records, including the proper name, address and telephone numbers of each.

16. Give a complete and itemized breakdown of all damages being claimed in this lawsuit, including a specific monetary amount for each item of damage being claimed.

17. State the name and address of each and every expert witness the Plaintiff intends to call at the trial of this case, including in your answer the following information for each such witness:

4

    a.    His or her education background and/or experience;
    b.    The facts or opinions to which said expert is said to testify;

    c.    The basis for the facts or opinions of each such expert.

18. State the time period(s) when Mr. Winstead was off of work as a result of the alleged accident.

*[signature]*

M. Keith Gann
Attorney for Defendant

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **INTERROGATORIES TO THE PLAINTIFF** have been served upon:

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
Post Office Box 1423
Auburn, Alabama 36831

by placing a copy of same in the U. S. Mail on **June 20, 2006.**

_____
Of Counsel