Eugene D. Martenson
Stanley A. Cash
James R. Shaw
Robert M. Girardeau
John S. Civils, Jr.
Frank E. Lankford, Jr.
M. Keith Gann
Charles H. Clark, Jr.
John D. Herndon
J. Allen Sydnor, Jr.
D. Alan Thomas
William G. Gantt
T. Kelly May
Christopher S. Rodgers
Walter J. Price, III
H. Lanier Brown, II
Gregory L. Schuck
Philip R. Collins
Thomas E. Bazemore, III
R. Gordon Sproule, Jr*
Martha Leach Thompson
Paul F. Malek**
H. Cannon Lawley
Anna-Katherine G. Bowman

# HUIE, FERNAMBUCQ & STEWART, LLP

ATTORNEYS AT LAW

THREE PROTECTIVE CENTER
2801 HIGHWAY 280 SOUTH
SUITE 200
BIRMINGHAM, ALABAMA 35223-2484
TELEPHONE (205) 251-1193 · FACSIMILE (205) 251-1256
WWW.HFSLLP.COM

C. Jeffery Ash
Jennifer D. Segers
Michelle K. Pieroni
Bradley J. McGiboney
David L. Brown, Jr.
J. Patrick Strubel
Gerald C. Brooks, Jr.***
Charles J. Fleming, Jr.
S.A. Bradley Baker, III
Jason M. Kirschberg
M. Jeremy Dotson
Joseph R. Duncan, Jr.
David M. Fleming
Jeffrey N. Windham
James R. Lawrence, III
John I. Southerland
Douglas R. Kendrick
Jacob W. Crawford
Jeremy S. Hazelton
J. Brannon Maner
Gordon J. Brady, III

Also Member
*Georgia Bar
**Kentucky Bar
***Mississippi Bar

Thomas B. Huie
1915-1990
William B. Fernambucq
1922-1997
Charles A. Stewart, Jr.
1923-1983

August 10, 2006

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
Post Office Box 1423
Auburn, Alabama 36831

RE: *Cargo Transporters Company, et al. v. Douglas Company, Inc.*

Dear James:

Please respond to the outstanding Interrogatories and Request for Production. Thank you and I look forward to receipt of your responses.

Very truly yours,

Huie, Fernambucq & Stewart, LLP

By: *[signature]*
M. Keith Gann

MKG/rm