IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS COMPANY,<br>On behalf of ROBERT WINSTEAD,<br><br>PLAINTIFF,<br><br>v.<br><br>DONALDSON COMPANY, INC.,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 3:06-cv-348-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO CONSOLIDATE

**COMES NOW** the Plaintiff, pursuant to the principles of judicial economy and, partially, Rule 20 of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court consolidate this matter, and all of Plaintiff's claims herein, with another case pending in this Court, said case being Winstead v. Donaldson, 3:06-cv-529-WKW-VPM. In support of this Motion, Plaintiff would show as follows:

1. Plaintiff in this matter was the employer for Robert Winstead, who is the Plaintiff in the aforementioned case.

2. The Plaintiff filed this action, in order to protect its rights under the North Carolina Worker's Compensation Statute; said right being to recover sums it had expended due to the on the job injury of Mr. Winstead, which was allegedly caused by Defendant.

3. Plaintiff filed this action to enforce its right of subrogation against a possible third party wrongdoer regarding the injuries to Mr. Winstead, in order to recover sums of money it had paid to Mr. Winstead as a result of said on the job injury.

4. Plaintiff had to file this action in order to protect its rights under the North Carolina Worker's Compensation Act, due to the approaching statute of limitations for its claim.

5. After Plaintiff filed this action, Mr. Winstead filed his own complaint against this Defendant, said complaint being 3:06-cv-529-WKW-VPM.

6. It is undisputed that the Plaintiff is entitle to a lien for any proceeds received by Mr. Winstead, should his claim against Defendant be successful, to the extent said proceeds are less than or equal to the total amount expended by the Plaintiff on behalf of Mr. Winstead.

7. Trial dates have been set on both cases.

8. Rather than having duplicitous litigation on both causes of action, the best interest of judicial economy would be to consolidate these two cases and have the Court enter an Order protecting the worker's compensation lien of the Plaintiff, should Mr. Winstead prevail on his claim against the Defendant.

Respectfully submitted this 3rd day of October, 2006.

ATTORNEY FOR PLAINTIFF
CARGO TRANSPORTERS

James B. Douglas, Jr.
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
(334) 821-1596
Ala Bar No. 8935-6835

## CERTIFICATE OF SERVICE

I have served a copy of the foregoing upon the following by placing a copy in the U.S. mail, postage prepaid and properly addressed, on this the 3rd day of October, 2006.

M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223

Erby J Fischer
Cross, Poole, Goldasich & Fischer, LLC
2900 Highway 280, Suite 200
Birmingham, AL 35223

Justin Lee Smith
Cross, Poole, Goldasich & Fischer, LLC
2900 Highway 280, Suite 200
Birmingham, AL 35223

James B. Douglas, Jr.