IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS COMPANY, )<br>on behalf of Robert Winstead, )<br>                                  )<br>    Plaintiff, )<br>v.                                  )<br>                                  )<br>DONALDSON COMPANY, INC., )<br>                                  )<br>    Defendant. ) | CASE NO. 3:06-cv-348-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Consolidate (Doc. #17) filed on October 4, 2006, it is hereby

ORDERED that the defendants show cause in writing on or before October 16, 2006 as to why the motion should not be granted.

DONE this 11th day of October, 2006.

                                                    /s/ Mark E. Fuller
                                               CHIEF UNITED STATES DISTRICT JUDGE