IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CARGO TRANSPORTERS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-348-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| CARGO TRANSPORTERS COMPANY, *et al.*, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-529-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

This cause is before the Court on the motions to consolidate filed by Defendant Donaldson Company, Inc. *(Case No. 06-cv-348-MEF*, Doc. # 19; *Case No. 06-cv-529-MEF*, Doc. # 13) and Plaintiff Cargo Transporters Company (*Case No. 06-cv-348-MEF*, Doc. # 17). The movants seek consolidation of the above-referenced cases for discovery and trial due to common questions of fact and in the interest of judicial economy. The Court agrees that consolidation is appropriate. Accordingly, pursuant to Federal Rule of Civil Procedure

42, it is hereby ORDERED as follows:

    (1)  The motions for consolidation  (*Case No. 06-cv-348-MEF*, Doc. # 17; *Case No. 06-cv-348-MEF*, Doc. # 19; *Case No. 06-cv-529-MEF*, Doc. # 13) are GRANTED.  *Case No. 3:06-cv-348* shall be the lead case.

    (2) The parties are DIRECTED to use the new caption as it appears on this Order for all future submissions to the Court.

    (3) The Clerk of the Court is hereby DIRECTED to docket and place a copy of this Order in the above-referenced cases.

    DONE this the 28th day of November, 2006.

                                           /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE