IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CARGO TRANSPORTERS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-348-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| CARGO TRANSPORTERS COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-529-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF CARGO TRANSPORTERS COMPANY'S
PARTIAL MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** Plaintiff Cargo Transporters Company, and Moves that this Court enter a Declaratory Summary Judgment in favor of the Plaintiff. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff would show that no genuine issue of material fact exist, and Plaintiff is entitled to a Declaratory Summary Judgment that it has subrogation interest regarding any potential award to Robert Winstead in the amount of $195, 205.36, as a matter of law.  Plaintiff Moves further that the Court Order, should Robert Winstead prevail against Defendant Donaldson, Inc. on his claim, that the

disbursement of any said award be subject to Plaintiff Cargo Transporters Company's subrogation interest under the Alabama Workers' Compensation Act.

Respectfully submitted this 15th day of February, 2007.

            ATTORNEY FOR PLAINTIFF
            CARGO TRANSPORTERS


            /s/ James B. Douglas, Jr. _____
            James B. Douglas, Jr.
            McNEAL & DOUGLAS, L.L.C.
            1710 Catherine Court, Suite B
            Auburn, Alabama 36830
            (334) 821-1596
            Ala. Bar #8935-u83j


**CERTIFICATE OF SERVICE**

I have served a copy of the foregoing upon the following by placing a copy in the U.S. mail, postage prepaid and properly addressed, on this the 15th day of February, 2007.

M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223

Erby J. Fischer, Esq.
Justin L. Smith, Esq.
Cross, Poole, Goldasich & Fischer, LLC
Morgan Keegan Center
2900 Highway 280, Suite 200
Birmingham, Alabama 35223

            /s/ James B. Douglas, Jr. _____
            James B. Douglas, Jr.