IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CARGO TRANSPORTERS COMPANY, | ) | |
| on behalf of Robert Winstead, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-348-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| ROBERT WAYNE WINSTEAD, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-529-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the Plaintiff Cargo Transporters Company's Partial Motion for Summary Judgment (Doc. #21) filed on February 16, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on March 14, 2007.

It is further ORDERED that the defendant file a response which shall include a brief and any evidentiary materials on or before March 7, 2007. The plaintiff may file a reply brief on or before March 14, 2007.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they***

*are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 21st day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE