**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CARGO TRANSPORTERS COMPANY, on behalf of Robert Winstead,** ) ) ) ) | |
|     **Plaintiff,** ) ) | |
| vs. ) | **Case No.: 3:06 CV 348 MEF** |
| ) | |
| **DONALDSON COMPANY, INC.,** ) ) | |
|     **Defendant.** ) | |
| _____ | |
| **ROBERT WINSTEAD,** ) ) | |
|     **Plaintiff,** ) ) | |
| vs. ) | **Case No.: 3:06 CV 529 MEF** |
| ) | |
| **DONALDSON COMPANY, INC.,** ) ) | |
|     **Defendant.** ) | |

**MOTION FOR CONTINUANCE, DISCOVERY,
AND/OR OTHER RELIEF UNDER RULE 56 (f),
FEDERAL RULES OF CIVIL PROCEDURE**

_____

Defendant Donaldson Company, Inc. requests relief pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, and in support of this Motion, states as follows:

1.    Plaintiff Cargo Transporters Company has filed a Motion for Partial

Summary Judgment seeking a declaration from this Court that the sum of $195,205.36 should be adjudicated as a matter of law as Cargo's damages.

2. However, the only evidence offered in support of Cargo's Motion for Partial Summary Judgment is the Affidavit of Meredith Priestley, which Affidavit is attached as Exhibit "A" to this Motion.

3. As shown by the Defendant's Motion to Strike Priestley's Affidavit, and accompanying Brief, the Priestley Affidavit is insufficient to support Cargo's Motion for Partial Summary Judgment. Furthermore, Defendant asserts that this Affidavit should be stricken.

4. If the Court is not inclined to strike the Affidavit, Defendant respectfully asserts that the Court should permit discovery as shown by the attached Affidavit of Defense counsel Gann (Exhibit "B"). Defendant cannot presently produce evidence through Affidavit or other source to oppose the Motion for Summary Judgment until the Defendant is permitted to depose Priestley, or additional representatives of Cargo. Furthermore, Cargo, which sues as a Plaintiff, is required to "<u>prove</u>" its damages like any other Plaintiff.

5. The Defendant has sought to depose a 30(b)(5) & (6) representative of Cargo as shown by the attached Deposition Notice (Exhibit "C"). That Deposition Notice was served on 8 February, and scheduled the Cargo Transporters Deposition for 8 March. By agreement of the parties, that deposition was re-scheduled for 12

March 2007. But as of today (7 March) the attorney for Cargo has again sought to postpone this deposition.

6.      Only upon the taking of the Cargo deposition referenced above may the Defendant determine whether some or all of the $195,205.36 claimed by Cargo is related to the accident and injuries made the basis of this lawsuit, and/or whether some or all of the amounts claimed are reasonable expenses, and/or whether some or all of the sums claimed are necessary expenses. Without proof that some or all of such claims are causally related, reasonable in amount, and/or medically necessary, this Court should not entertain the Motion for Summary Judgment. Moreover, without the appropriate deposition and other discovery directed to Cargo on these issues, the Defendant is unable to adequately respond to the presently pending Motion for Partial Summary Judgment.

Accordingly, Defendant request the Court to permit Defendant to take the deposition of Cargo. Additionally, Defendant requests a 30 day continuance on the Plaintiff's Motion for Partial Summary Judgment, and a continuance of the Court's 14 March 2007 date of submission.

          s/M. Keith Gann
Attorney for Defendant
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Hwy. 280 South
Birmingham, AL 35223
Telephone: 205-251-1193
Facsimile:   205-251-1256
mkg@hfsllp.com

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the above and foregoing **MOTION FOR CONTINUANCE, DISCOVERY AND/OR OTHER RELIEF UNDER RULE 56 (f) FEDERAL RULES OF CIVIL PROCEDURE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esquire
McNeal & Douglas
P.O. Box 1423
Auburn, AL 36831

Erby J. Fischer, Esquire
Cross, Poole, Goldasich & Fischer, LLC
Morgan Keegan Center
2900 Highway 280, Suite 200
Birmingham, AL 35223

on **March 7, 2007**.

          s/ M. Keith Gann