IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CARGO TRANSPORTERS COMPANY, on behalf of Robert Winstead, | ) ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| VS. | ) ) | CASE NO. 3:06 CV 348 MEF |
| DONALDSON COMPANY, INC., | ) ) ) | |
| DEFENDANT. | ) | |

| | | |
|---|---|---|
| ROBERT WINSTEAD, | ) ) | |
| PLAINTIFF, | ) ) ) | |
| VS. | ) ) | CASE NO. 3:06 CV 529 MEF |
| DONALDSON COMPANY, INC., | ) ) ) | |
| DEFENDANT. | ) | |

RULE 30(b)(5)&(6) NOTICE OF DEPOSITION

Please take notice that at the below designated date, time and place, Defendant will take the deposition, upon oral examination, pursuant to the Federal Rules of Civil Procedure, for the purpose of discovery or for use at the trial of this case of that person named below. This deposition will be taken before a court reporter who is authorized to administer oath and take deposition.

1

EXHIBIT
C

| | |
|---|---|
| **DEPONENT:** | Corporate Representative of Cargo Transporters Company |
| | The person or persons most knowledgeable about the claim of Cargo Transporters Company being made in this lawsuit. |
| | The person or persons who is most knowledgeable about the employment of Robert Winstead, his worker's compensation claim, and his alleged injuries |
| **DATE:** | March 8, 2007 |
| **TIME:** | 10:00 a.m. |
| **PLACE:** | McNEAL & DOUGLAS<br>1710 Catherine Court, Suite B<br>Auburn, Alabama 36830<br>(334) 821-1596 |

Said person is to produce at the deposition the following documents attached in Exhibit A.

*/s/ Keith Gann*
M. Keith Gann
Attorney for Defendant

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **RULE 30(b)(5) NOTICE OF DEPOSITION** has been served upon:

James B. Douglas, Jr., Esq.
McNEAL & DOUGLAS
1710 Catherine Court, Suite B
Auburn, Alabama 36830

Erby J. Fischer, Esq.
CROSS, POOLE, GOLDASICH & FISCHER, LLC
Morgan Keegan Center
2900 Highway 280, Suite 200
Birmingham, Alabama 35223

by placing a copy of same in the U. S. Mail on **February 8, 2007.**

                                                                       /s/ Keith Gann
                                                                       Of Counsel

# EXHIBIT "A"

1. Produce the entire worker's compensation file related to the claim of Robert Winstead.

2. Produce all medical records which relate to injuries to Robert Winstead.

3. Produce all medical bills which relate to injuries to Robert Winstead.

4. Produce all correspondence between Plaintiff and any third-party administrators related to the claim of Robert Winstead.

5. Produce all correspondence between Plaintiff and any insurance company related to the worker's compensation claim fo Robert Winstead or related to his injuries.

6. Produce copies of all documents, correspondence or reports submitted to the Industrial Commission related to Robert Winstead.

7. Provide copies of all photographs, video tapes or other depictions of Robert Winstead.

8. Produce all photographs, video tapes and documents related to surveillance of Robert Winstead. This Request seeks the entire file related to all such surveillance activity.

9. Produce all statements taken from Robert Winstead.

10. Produce all investigation reports related to the accident involving Robert Winstead.

11. Produce the entire employment file of Robert Winstead.

12. Produce the entire training file related to Robert Winstead.

13. Produce the entire driver's file related to Robert Winstead,

14. Produce all employee handbooks of Cargo Transporters Company which have been in effect from January 1, 2002 to present.

15. Produce all safety meeting minutes which discuss or relate to employee safety while on the premises of third parties or while making deliveries. This request includes, but is not limited to, all such records generated <u>after</u> the accident made the basis of this suit.

16. Produce all photographs, videotapes or other depictions of the Donaldson Plant facility.

17. Produce the entire file of any expert witness the Plaintiff intends to call at the trial of this case, including all correspondence, billing, reports, and other documents.

18. Produce copies of all documents or records showing expenses being claimed by the Plaintiff in this suit.

19. Produce copies of all records evidencing damages being claimed by the

Plaintiff in this suit.

20. Produce copies of all minutes of safety meetings attended by Robert Winstead during the three years next preceding the date of the alleged accident.

21. Produce all W-2 forms for Robert Winstead for the years 2001 to present.

22. Produce all records showing other worker's compensation claims made by Robert Winstead.

23. Produce all records related to the medical condition of Robert Winstead prior to the alleged accident.

24. Produce all records related to Robert Winstead's medical examinations during Mr. Winstead's employment.

25. Produce all records or reports of independent medical exams (IME).

26. Produce all records or reports showing any impairment rating.

27. Produce all records and reports regarding a disability of Mr. Winstead.