# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CARGO TRANSPORTERS** ) | |
| **COMPANY, on behalf of** ) | |
| **Robert Winstead,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. )  | Case No.: **3:06 CV 348 MEF** |
| ) | |
| **DONALDSON COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

| | |
|---|---|
| **ROBERT WINSTEAD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: **3:06 CV 529 MEF** |
| ) | |
| **DONALDSON COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO STRIKE
## AFFIDAVIT OF MEREDITH PRIESTLEY
_____

Defendant Donaldson, Inc. moves the Court to strike the Affidavit of Meredith Priestley and in support of this Motion, states as follows:

1. The Affidavit of Meredith Priestley (Exhibit A) does not comply with the requirements of Rule 56, specifically, the Affidavit is defective and due to be

stricken for the following reasons:

- The Affiant fails to disclose whether the Affiant has personal knowledge or any other basis for knowing any of the details of the alleged $195,205.36 payment paid to or on behalf of Mr. Winstead.

- The Affidavit fails to disclose whether the amounts paid were necessary for the care and treatment of the Plaintiff for the injuries allegedly made the basis of this lawsuit.

- The Affidavit fails to disclose whether the amounts (or some of the amounts) were reasonable for the medical expenses in question.

- The Affidavit fails to disclose whether the amounts (or some of the amounts) were causally related to the injuries in question.

- The Affidavit attempts to circumvent the evidentiary requirements for proof of medical expenses and bills, include the requirement that there be proper evidence of the reasonableness and necessity for such bills.

2.  The Affidavit, being no more than a conclusory statement of a sum of money allegedly paid, fails to satisfy the requirements of Rule 56 and, as such, must be stricken.

This Motion is based upon the pleadings, all discovery and discovery requests heretofore served, and the Memorandum of Law in Support of this Motion to Strike and in Support of the Defendants' Opposition to Plaintiff's Motion for Summary Judgment.

                         s/M. Keith Gann
                         Attorney for Defendant
                         HUIE, FERNAMBUCQ & STEWART, LLP
                         Protective Center Building 3, Suite 200
                         2801 Hwy. 280 South
                         Birmingham, AL 35223
                         Telephone: 205-251-1193
                         Facsimile:   205-251-1256
                         mkg@hfsllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing **MOTION TO STRIKE AFFIDAVIT OF MEREDITH PRIESTLEY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esquire
McNeal & Douglas
P.O. Box 1423
Auburn, AL 36831

Erby J. Fischer, Esquire
Cross, Poole, Goldasich & Fischer, LLC
Morgan Keegan Center
2900 Highway 280, Suite 200
Birmingham, AL 35223

on **March 7, 2007**.

                         s/ M. Keith Gann

                         Of Counsel