IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALDSON COMPANY, INC., ) <br> ) <br> Defendant. ) | CASE NO. 3:06-cv-348-MEF |
| CARGO TRANSPORTERS COMPANY, ) et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALDSON COMPANY, INC., ) <br> ) <br> Defendant. ) | CASE NO. 3:06-cv-529-MEF |

## AFFIDAVIT OF MEREDITH PRIESTLEY

"My name is Meredith Priestley, and I am Corporate Counsel for Cargo Transporters Company, Inc. Cargo Transporters Company is a trucking company, which delivers to the 48 Continental United States, and is based in Claremont, North Carolina.

1. On or about June 15, 2004, Mr. Winstead was an employee of Cargo Transporters Company.

2. On or about that date, he suffered on-the-job injuries while working within the line and scope of his employment, at the facility of the Defendant.

EXHIBIT A

3. The injuries Mr. Winstead received were recoverable under the North Carolina Workers' Compensation Act.

4. As a result of the injuries he received, Cargo Transporters Company paid Mr. Winstead $195,205.36.

Further affiant sayeth not."

*Meredith Priestley*
Meredith Priestley

State of North Carolina
County of Catawba

I Claudia A. Drum, a Notary Public for the State of North Carolina, at large, certify that Meredith Priestley, whose name is signed to the foregoing, and who is known to me, acknowledged before me on this day, that being informed of the contents of this Affidavit, she executed the same voluntarily on the date the same bears date.
 In witness whereof I have hereunto set my hand and seal of office this the 15th day of February, 2007.

*Claudia A. Drum*
Notary Public
My Commission Expires: July 4, 2010