IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CARGO TRANSPORTERS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-348-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| CARGO TRANSPORTERS COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-529-MEF |
| | ) | |
| DONALDSON COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### **PLAINTIFF'S RESPONSE TO DEFENDANT DONALDSON COMPANY, INC.'S MOTION TO STRIKE**

**COMES NOW** Plaintiff Cargo Transporters Company, and responds to Defendant Donaldson Company Inc.'s Motion to Strike as follows.

On February 16th, 2007, Plaintiff Cargo Transporters Company filed a Motion for Partial Summary Judgment, to protect its statutory subrogation interest, should Robert Winstead prevail on his tort claim against Defendant. In support of its Motion, Plaintiff Cargo Transporters Company filed an affidavit, executed by Meredith Priestley, its corporate counsel.

The affidavit established that Plaintiff Cargo Transporters Company, the employer of Winstead at the time of the accident made the basis of this cause, was paid worker's compensation benefits, pursuant to the North Carolina Worker's Compensation Act. Defendant has moved to strike the affidavit, claiming it is insufficient to establish damages. The Motion to Strike seems to indicate that Plaintiff Cargo Transporters Company must prove Winstead's damages to protect its subrogation interest.

To the contrary, Plaintiff Cargo Transporters Company makes no effort to prove Winstead's damages; it only seeks to prove its subrogation interest, should Winstead prevail. Obviously, should Winstead's claims fail, then Plaintiff would have no subrogation interest.

Under the Alabama Worker's Compensation Act, §25-5-11, the employer, in cases brought by an employee against a third-party tort-feasor, "shall be entitled to subrogation for medical and vocational benefits extended by the employer on behalf of the employee…" Thus, the Priestley affidavit is sufficient to prove what is required under said statutory provision, and Defendant's Motion to Strike is due to be denied.

Respectfully submitted this 14th day of March, 2007.

                                        ATTORNEY FOR PLAINTIFF
                                        CARGO TRANSPORTERS

                                        /s/ James B. Douglas, Jr.
                                        James B. Douglas, Jr.
                                        McNEAL & DOUGLAS, L.L.C.
                                        1710 Catherine Court, Suite B
                                        Auburn, Alabama 36830
                                        (334) 821-1596
                                        Ala. Bar. #8935-u83j

**CERTIFICATE OF SERVICE**

  I have served a copy of the foregoing upon the following by placing a copy in the U.S. mail, postage prepaid and properly addressed, on this the 14th day of March, 2007.


M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223

Erby J. Fischer, Esq.
Justin L. Smith, Esq.
Cross, Poole, Goldasich & Fischer, LLC
Morgan Keegan Center
2900 Highway 280, Suite 200
Birmingham, Alabama 35223

                 /s/ James B. Douglas, Jr.
                 James B. Douglas, Jr.