## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-348-MEF |
| ) | |
| DONALDSON COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ | |
| ROBERT WAYNE WINSTEAD, JR ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-529-MEF |
| ) | |
| DONALDSON COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ENTRY OF A UNIFORM SCHEDULING ORDER

**COME NOW** the counsel of record for all parties in the above-mentioned lawsuit and hereby request that this Honorable Court enter a Scheduling Order in light of the Court's November 28, 2006 Order that vacated the original Uniform Scheduling Order entered on August 9, 2006.

The parties are currently scheduling depositions and completing discovery, and the entry of a scheduling order would assist in that process. The parties believe the case can be ready for trial on August 20, 2007, the trial date established in the original Uniform Scheduling Order; however, the counsel of record for all parties have conferred to propose the following discovery deadlines:

1. All remaining discovery must be completed by **July 16, 2007**.

2. The Plaintiff shall designate their retained experts by **April 16, 2007.**

3. The counsel for all parties shall conduct a face-to-face settlement conference by **May 1, 2007**.

4. The Defendants shall depose the Plaintiff's experts by **May 16, 2007**.

5. The Defendants shall designate their retained experts by **June 16, 2007**.

6. The Plaintiff shall depose the Defendants' experts by **July 16, 2007**.

**WHEREFORE**, premises considered, the parties jointly move this Honorable Court to adopt the dates and deadlines proposed by the parties.

Respectfully submitted this 16th day of March, 2007.

s/ Erby J. Fischer
Attorneys for Plaintiff Robert Winstead
Erby J. Fischer
AL Bar No.: ASB-2236-F40E
Dana R. Dachelet
AL Bar No.: ASB-7857-A52D
Cross, Poole, Goldasich & Fischer, LLC
2900 Hwy 280, Suite 200
Birmingham, Alabama 35223
(205) 423-8504
(205) 423-8510 (Facsimile)
Email: erby.fischer@cpgf.com
Email: dana.dachelet@cpgf.com


s/ M. Keith Gann
Attorney for Donaldson Company
M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
(205) 251-1193
mkg@hfsllp.com

s/ James B. Douglas, Jr.
Attorney for Cargo Transporters
James B. Douglas, Jr.
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
(334) 821-1596
AL Bar No.: 8935-u83j

CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of March, 2007, I electronically filed the foregoing Notice with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Erby J. Fischer
Dana R. Dachelet
Cross, Poole, Goldasich & Fischer, LLC
2900 Highway 280 South, Suite 200
Birmingham, Alabama 35223

M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223

James B. Douglas, Jr.
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830

And I hereby certify that I have mailed by United States Postal Service by certified mail the document to the following non-CM/ECF participants:

None.

Respectfully submitted,
s/ Erby J. Fischer
Attorneys for Plaintiff Robert Winstead
Erby J. Fischer
AL Bar No.: ASB-2236-F40E
Dana R. Dachelet
AL Bar No.: ASB-7857-A52D
Cross, Poole, Goldasich & Fischer, LLC
2900 Hwy 280, Suite 200
Birmingham, Alabama 35223
(205) 423-8504
(205) 423-8510 (Facsimile)

Email: erby.fischer@cpgf.com
Email: dana.dachelet@cpgf.com


s/ M. Keith Gann
Attorney for Donaldson Company
M. Keith Gann
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
(205) 251-1193
mkg@hfsllp.com

s/ James B. Douglas, Jr.
Attorney for Cargo Transporters
James B. Douglas, Jr.
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
(334) 821-1596
AL Bar No.: 8935-u83j