IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DONALDSON COMPANY, INC., )<br>)<br>Defendant. ) | CASE NO. 3:06-cv-348-MEF |
| _____ | |
| CARGO TRANSPORTERS COMPANY, )<br>*et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALDSON COMPANY, INC., )<br>)<br>Defendant. ) | CASE NO. 3:06-cv-529-MEF |

**O R D E R**

This cause is before the Court on the Joint Motion for Entry of a Uniform Scheduling Order (Doc. # 29) filed on March 16, 2007. The parties seek to have the Court issue a new scheduling order in these consolidated cases. However, the Uniform Scheduling Order (Doc. # 8) entered on June 26, 2007 in the lead case is applicable to *both* the lead and member case. The parties shall be ready for trial on June 25, 2007. For these reasons, it is hereby ORDERED that the Joint Motion (Doc. # 29) is DENIED.

DONE this the 21st day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE