## IN THE UNITED STATES DISTRICT COURT
## FOR TH MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **CARGO TRANSPORTERS COMPANY,** | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| v,. | ) ) | CASE NO. 3:06 CV 348 MEF |
| **DONALDSON COMPANY, INC.,** | ) ) ) | |
| DEFENDANT. | ) | |
| _____ | | |
| **CARGO TRANSPORTERS COMPANY, et al.,** | ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| VS. | ) ) | CASE NO. 3:06 CV 529 MEF |
| **DONALDSON COMPANY, INC.,** | ) ) ) | |
| DEFENDANT. | ) | |

### JOINT MOTION TO RECONSIDER AND AMENDED
### MOTION FOR ENTRY OF NEW UNIFORM SCHEDULING ORDER

**COME NOW** the parties, by and through their attorneys, and hereby request

that this Court reconsider its Order of March 21, 2007 (Doc. 30) and further request

that the Court enter a new Uniform Scheduling Order consistent with the deadlines

1

set forth in paragraph 7 herein. As grounds for this Motion, the parties show unto the Court as follows:

1.  These suits were originally filed as separate actions and the two suit were originally assigned to different Judges. On October 16, 2006, their was a notice of Reassignment of the second filed suit, thus resulting in both cases being assigned to Judge Mark E. Fuller.

2.  On November 28, 2006, the Court entered an Order granting motions to consolidate these cases. Thus, the parties understood that the cases would be consolidated for discovery and trial.

3.  On the same date that the cases were consolidated, the Court entered an Order in the second filed case stating that the previously entered Uniform Scheduling Order is vacated and that "A new scheduling order would be entered".

4.  The parties were of the belief that a new Uniform Scheduling Order would be entered which would be applied to both cases.

5.  Although the parties have been proceeding with discovery and case preparation, the parties were not aware that the Scheduling Order entered in the lead case was in effect. Thus, the parties had not been operating under the original Scheduling Order.

6.  The parties do not believe that the case can be ready for trial in June

based on numerous out of state depositions.

7.      The parties understand that the next available trial date in Opelika (following June 25, 2007) is December 10, 2007. The parties believe that they can be ready for trial on December 10, 2007, and request that this action be reset for trial on the December 10, 2007, docket in Opelika. Furthermore, the parties request that the Court enter a new Scheduling Order consistent with the trial setting and request that it include the following:

    A.    All remaining discovery must be completed by **November 9, 2007**.

    B.    The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703 or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

        From the Plaintiffs:    **May 18, 2007**
        From the Defendant:    **July 20, 2007**

    The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony.

    C.    The parties request that the Court revise the other items in the Court's Uniform Scheduling Order to reflect deadlines consistent with a new trial setting on December 10, 2007.

WHEREFORE, PREMISES CONSIDERED, the parties jointly move this

Court to enter a new Scheduling Order by joint agreement of the parties.

Respectfully submitted,

        s/ Erby J. Fischer
Attorneys for Plaintiff Robert Winstead
Erby J. Fischer
Dana R. Dachelet
CROSS, POOLE, GOLDASICH & FISCHER, LLC
2900 Hwy 280, Suite 200
Birmingham, Alabama 35223
Telephone:  (205) 423-8504
Facsimile:   (205) 423-8510
erby.fischer@cpgf.com
dana.dachelet@cpgf.com


s/James B. Douglas, Jr.
James B. Douglas, Jr.
Attorney for Cargo Transporters Company
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
Telephone:  (334) 821-1596
Facsimile:   (334) 821-9346
jbdjatty@aol.com

                                                        s/ M. Keith Gann  
                                                        Attorney for Defendant  
_____HUIE, FERNAMBUCQ & STEWART, LLP  
                                                        Protective Center Building 3, Suite 200  
                                                        2801 Highway 280 South  
                                                        Birmingham, Alabama 35223  
                                                        Telephone:  (205) 251-1193  
                                                        Facsimile:   (205) 251-1256  
                                                        mkg@hfsllp.com