IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARGO TRANSPORTERS COMPANY, )<br>on behalf of Robert Winstead, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>DONALDSON COMPANY, INC., )<br>)<br>    Defendant. )<br>_____ | CASE NO. 3:06-cv-348-MEF |
| ROBERT WAYNE WINSTEAD, JR. )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>DONALDSON COMPANY, INC., )<br>)<br>    Defendant. )| CASE NO. 3:06-cv-529-MEF |

## **O R D E R**

Upon consideration of the Joint Motion to Reconsider and Amended Motion for Entry of New Uniform Scheduling Order (Doc. #31) filed on March 22, 2007, it is hereby

ORDERED that the motion is GRANTED. The Uniform Scheduling Order (Doc. #8) entered on June 26, 2006 is VACATED.

DONE this the 2nd day of April, 2007.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE