IN THE UNITED STATES DISTRICT COURT
FOR TH MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CARGO TRANSPORTERS COMPANY, on behalf of Robert Winstead, | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | CASE NO. 3:06 CV 348 MEF |
| DONALDSON COMPANY, INC., | ) ) | |
| DEFENDANT. | ) ) | |
| ROBERT WINSTEAD, | ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | CASE NO. 3:06 CV 529 MEF |
| DONALDSON COMPANY, INC., | ) ) | |
| DEFENDANT. | ) ) | |

**REPORT OF MEDIATOR**

The above matters were mediated by the undersigned on May 23, 2007. As a result of the mediations, and subsequent negotiations, the parties reached an agreement which effectively disposes of all issues between plaintiffs and defendants.

In accordance with the settlement agreement, counsel for the parties will submit such proposed orders as they deem fit with the request that the action, in its entirety, be dismissed, with prejudice, taxing costs as paid.

Respectfully submitted,

Brad Wash, Mediator
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on this ___12th___ day of June, 2007.

James B. Douglas, Jr., Esq.
**McNeal & Douglas**
1710 Catherine Court, Ste. B
Auburn, AL 36830

Erby J. Fischer, Esq.
**Cross, Poole, Goldasich & Fischer, LLC**
Morgan Keegan Center
2900 Highway 280, Ste. 200
Birmingham, AL 35223

M. Keith Gann, Esq.
**Huie, Fernambucq & Stewart, LLP**
Three Protective Center, Ste. 200
2801 Highway 280 South
Birmingham, AL 35223

Brad Wash, Mediator