## IN THE UNITED STATES DISTRICT COURT
## FOR TH MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| CARGO TRANSPORTERS COMPANY, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v,. | ) ) | CASE NO. 3:06 CV 348 MEF |
| DONALDSON COMPANY, INC., | ) ) | |
| DEFENDANT. | ) | |
| _____ | | |
| CARGO TRANSPORTERS COMPANY, et al., | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| VS. | ) ) | CASE NO. 3:06 CV 529 MEF |
| DONALDSON COMPANY, INC., | ) ) | |
| DEFENDANT. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, by and through their attorneys, and hereby request that the Court enter an Order dismissing the above case against the Defendants, with prejudice, costs taxed as paid.

1

Respectfully submitted,

_____ s/ Erby J. Fischer
Attorneys for Plaintiff Robert Winstead
Erby J. Fischer
Dana R. Dachelet
CROSS, POOLE, GOLDASICH & FISCHER, LLC
2900 Hwy 280, Suite 200
Birmingham, Alabama 35223
Telephone:   (205) 423-8504
Facsimile:   (205) 423-8510
erby.fischer@cpgf.com
dana.dachelet@cpgf.com

s/James B. Douglas, Jr.
James B. Douglas, Jr.
Attorney for Cargo Transporters Company
McNEAL & DOUGLAS, L.L.C.
1710 Catherine Court, Suite B
Auburn, Alabama 36830
Telephone:   (334) 821-1596
Facsimile:   (334) 821-9346
jbdjatty@aol.com

s/ M. Keith Gann
Attorney for Defendant
_____ HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone:   (205) 251-1193
Facsimile:   (205) 251-1256
mkg@hfsllp.com

2